NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**
*Plaintiff-Appellant,*

v.

**CONAIR CORPORATION, BRIGGS & RILEY TRAVELWARE LLC, DELSEY LUGGAGE INC., EBAGS, INC., EAGLE CREEK, INC., FORTUNE BRANDS, INC., HP MARKETING CORP. LTD., L.C. INDUSTRIES, LLC, OUTPAC DESIGNS INC., MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION, SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC., TUMI, INC., VICTORINOX SWISS ARMY, INC., WORDLOCK, INC., VF OUTDOOR, INC., TRG ACCESSORIES, LLC, BROOKSTONE COMPANY, INC., BROOKSTONE STORES, INC., AND MASTER LOCK COMPANY LLC,**
*Defendants-Appellees.*

---

2011-1583

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

---

## ON MOTION

---

## ORDER

David A. Tropp moves, without opposition, for expedited consideration of his pending motion to stay briefing in this appeal pending decisions by this court in *Akamai Technologies, Inc. v. Limelight Networks, Inc.*, No. 2009-1372 and *McKesson Technologies Inc. v. Epic Systems Corp.*, No. 2010-1291, or in the alternative for an extension of time to file his initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Tropp's brief is due by December 27, 2011.

FOR THE COURT

DEC 0 9 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ronald D. Coleman, Esq.
     Jeffrey A. Schwab, Esq.
     Brian Andrew Carpenter, Esq.
     William L. Prickett, Esq.
     Christopher Francis Lonegro, Esq.
     Zachary Berk, Esq.
     Janet L. Cullum, Esq.
     Robert J. Kenney, Esq.
     Gary M. Butter, Esq.
     Thomas F. Fitzpatrick, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 9 2011

JAN HORBALY
CLERK